

**SHADES OF GRAY®**

Naomi Jane Gray
Shades of Gray Law Group, P.C.

**FILED**

OCT -1 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE
(415) 746-9260
ngray@shadesofgray.law

September 29, 2020

**VIA MESSENGER**

CV-20 80173-MISC JSC

Susan Soong, Clerk of Court
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Dear Ms. Soong:

I am contacting you on behalf of my client, the Recording Industry Association of America, Inc. (RIAA) and its member record companies. The RIAA is a trade association whose member companies create, manufacture and distribute approximately eighty-five (85) percent of all non-infringing sound recordings sold in the United States. The RIAA is authorized to act on behalf of its member companies in matters involving the infringement of their sound recordings, audiovisual works and images, including enforcing their copyrights and common law rights on the Internet.

We seek to obtain a subpoena issued by the Clerk of this Court pursuant to 17 U.S.C. § 512(h) in order to identify an alleged copyright infringer.

Pursuant to 17 U.S.C. § 512(h), a copyright owner or its agent may obtain a subpoena ("DMCA subpoena") from the Clerk of any United States District Court for the purpose of seeking the identity of an alleged infringer. Section 512(h)(4) provides that "the clerk shall expeditiously issue and sign the proposed subpoena" upon presentation of three documents in proper form: 1) a DMCA notice of copyright infringement, § 512(h)(2)(A); 2) a proposed subpoena, § 512(h)(2)(B); and 3) a sworn declaration meeting the requirements of § 512(h)(2)(C). I enclose those documents herewith.

If you have any questions please do not hesitate to contact me by email at ngray@shadesofgray.law, by telephone at (415) 302-2543, or by mail at Shades of Gray Law Group, P.C., 100 Shoreline Highway, Suite 100B, Mill Valley, CA, 94941.

Thank you for your assistance in this matter.

Sincerely,    **BY FAX**

*Naomi Gray*

Naomi Jane Gray
Attorneys Plaintiff
RECORDING INDUSTRY ASSOCIATION OF AMERICA, INC.

100 Shoreline Highway Suite 100B
Mill Valley, CA 94941

www.shadesofgray.law
Twitter: @shadesofgraylaw